| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:21-cv-06226-NRB Tarasov et al v. Port Authority of New York and New Jersey et al Appeal Record Sent to USCA - Electronic File |
| **Date:** | Monday, March 9, 2026 8:36:13 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/9/2026 at 8:35 AM EDT and filed on 3/9/2026
**Case Name:** Tarasov et al v. Port Authority of New York and New Jersey et al
**Case Number:** 1:21-cv-06226-NRB
**Filer:**
**WARNING: CASE CLOSED on 02/06/2026**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [93] Notice of Appeal filed by Alexey V. Tarasov, Grigory Tikhoplav were transmitted to the U.S. Court of Appeals. (tp)**

**1:21-cv-06226-NRB Notice has been electronically mailed to:**

Cheryl Nancy Alterman     calterman@panynj.gov, panylit@panynj.gov

Matthew Malysa     mattmalysa@icloud.com, panylit@panynj.gov

Michael J. Sullivan     msullivan@ashcroftlawfirm.com, camrhein@ashcroftlawfirm.com, kharrington@ashcroftlawfirm.com

**1:21-cv-06226-NRB Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21–cv–06226–NRB

Tarasov et al v. Port Authority of New York and New Jersey et al

Assigned to: Judge Naomi Reice Buchwald

Case in other court: Supreme Court – County of New York, 153490/2021

Cause: 42:1983d Civil Rights (Death)

Date Filed: 07/21/2021
Date Terminated: 02/06/2026
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Alexey V. Tarasov**
*Esq., Administrator of the Estate of Evgeniy Lagoda, Deceased*

represented by **Michael J. Sullivan**
Ashcroft Law Firm
15 Broad Street
Suite 500
Boston, MA 02109
617–573–9400
Email: msullivan@ashcroftlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Christopher Amrhein , Jr**
McCarter & English, LLP (MA)
265 Franklin Street
Boston, MA 02110
617–960–2243
Email: camrhein@mccarter.com
*TERMINATED: 10/28/2025*

**Plaintiff**

**Grigory Tikhoplav**

represented by **Michael J. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Christopher Amrhein , Jr**
(See above for address)
*TERMINATED: 10/28/2025*

V.

**Defendant**

**Port Authority of New York and New Jersey**

represented by **Cheryl Nancy Alterman**
The Port Authority of NY & NJ
4 World Trade Center
150 Greenwich Street
Ste 24th Floor
New York, NY 10007
212–435–3431
Email: calterman@panynj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Malysa**
96 Hathaway Street
Wallington, NJ 07057
201–456–7387
Email: mattmalysa@icloud.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Port Authority of New York and New Jersey Police Department**
*also known as*
Port Authority Police Department
*also known as*
PAPD

**Defendant**

**PAPD Officer Michael Bugiada**                  represented by   **Cheryl Nancy Alterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Malysa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAPD Officer Robert Joseph**                  represented by   **Cheryl Nancy Alterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Malysa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAPD Officer Jonathan Papia**                  represented by   **Cheryl Nancy Alterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Malysa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAPD Officer Paul Mezzacappa**                  represented by   **Cheryl Nancy Alterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Malysa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAPD Officer Jonathan Duran**                  represented by   **Cheryl Nancy Alterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Malysa**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 07/21/2021 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 153490/2021. (Filing Fee $ 402.00, Receipt Number ANYSDC–24824777).Document filed by PAPD Officer Jonathan Duran, PAPD Officer Michael Bugiada, PAPD Officer Jonathan Papia, PAPD Officer Robert Joseph, PAPD Officer Paul Mezzacappa. (Attachments: # 1 Exhibit A – First Amended Complaint, # 2 Exhibit B – Notice of Consent to Removal, # 3 Declaration of Service).(Malysa, Matthew) (Entered: 07/21/2021) |
|---|---|---|
| 07/21/2021 | 2 | CIVIL COVER SHEET filed..(Malysa, Matthew) (Entered: 07/21/2021) |
| 07/22/2021 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Matthew Malysa. The party information for the following party/parties has been modified: Alexey V. Tarasov, Esq., Administrator of the Estate of Evgeniy Lagoda, Deceased. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc) (Entered: 07/22/2021) |
| 07/22/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Naomi Reice Buchwald. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 07/22/2021) |
| 07/22/2021 | 3 | NOTICE OF APPEARANCE by Cheryl Nancy Alterman on behalf of PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/22/2021) |
| 07/22/2021 | | Magistrate Judge Stewart D. Aaron is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 07/22/2021) |
| 07/22/2021 | | Case Designated ECF. (pc) (Entered: 07/22/2021) |
| 07/28/2021 | 4 | NOTICE OF APPEARANCE by Matthew Malysa on behalf of Port Authority of New York and New Jersey..(Malysa, Matthew) (Entered: 07/28/2021) |
| 07/28/2021 | 5 | ANSWER to Complaint with JURY DEMAND. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/28/2021) |
| 07/29/2021 | 6 | NOTICE OF INITIAL PRETRIAL TELECONFERENCE: Initial Pretrial Conference by telephone set for 9/14/2021 at 11:00 AM before Judge Naomi Reice Buchwald. Prior to the teleconference, the dial–in and access code information will be posted to ECF. IT IS SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 7/29/2021) (vfr) (Entered: 07/29/2021) |
| 07/30/2021 | 7 | MOTION for Michael J. Sullivan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24870834. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Alexey V. Tarasov, Grigory Tikhoplav. (Attachments: # 1 Exhibit Affidavit in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Exhibit Proposed Order for Admission).(Sullivan, Michael) (Entered: 07/30/2021) |
| 07/30/2021 | 8 | MOTION for Joseph Christopher Amrhein to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24871244. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Alexey V. Tarasov, Grigory Tikhoplav. (Attachments: # 1 Exhibit Affidavit in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Exhibit Proposed Order for Admission).(Sullivan, Michael) (Entered: 07/30/2021) |

| | | |
|---|---|---|
| 08/02/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8 MOTION for Joseph Christopher Amrhein to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24871244. Motion and supporting papers to be reviewed by Clerk's Office staff., 7 MOTION for Michael J. Sullivan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24870834. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 08/02/2021) |
| 08/02/2021 | 9 | ORDER FOR ADMISSION PRO HAC VICE granting 7 Motion for Michael J. Sullivan to Appear Pro Hac Vice. IT IS HEREBY ORDERED that the Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Naomi Reice Buchwald on 8/2/2021) (mml) Modified on 8/2/2021 (mml). (Entered: 08/02/2021) |
| 08/02/2021 | 10 | ORDER FOR ADMISSION PRO HAC VICE granting 8 Motion for J. Christopher Amrhein, Jr. to Appear Pro Hac Vice. IT IS HEREBY ORDERED that the Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Naomi Reice Buchwald on 8/2/2021) (mml) (Entered: 08/02/2021) |
| 09/09/2021 | 11 | NOTICE OF APPEARANCE by Joseph Christopher Amrhein, Jr on behalf of Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 09/09/2021) |
| 09/14/2021 | 12 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Sullivan, Michael) (Entered: 09/14/2021) |
| 09/14/2021 | | ORDER The dial–in for today's teleconference at 11:00 a.m. is (888) 363–4749; access code 2712517. (Entered: 09/14/2021) |
| 09/14/2021 | 13 | MEMO ENDORSEMENT on re: 12 RULE 26(f) PLANNING MEETING filed by Alexey V. Tarasov, Grigory Tikhoplav. The Parties believe that the case will be ready for trial in June 2023. The Parties presently estimate a trial length of two (2) weeks. The Parties have conferred and do not consent to proceed before a magistrate judge.Discovery Plan: Discovery will be needed in this case regarding the Parties' claims and defenses. The parties anticipate propounding written discovery and noticing depositions of Parties and third parties. Discovery shall commence immediately following initial disclosures. Discovery is not stayed during dispositive motions unless ordered by the Court. Initial Pretrial Teleconference is scheduled for September 14, 2021. The Parties request a pretrial conference three (3) weeks prior to the commencement of trial. ENDORSEMENT: If within 30 days of the close of discovery, either party wishes to file a dispositive motion, that party should comply with Individual Practice Rule 2(b).The parties shall file a report to the Court every 60 days on the status of discovery. So Ordered. So Ordered Deposition due by 6/28/2022., Discovery due by 8/2/2022., Joinder of Parties due by 10/1/2021.) (Signed by Judge Naomi Reice Buchwald on 9/14/2021) (js) Modified on 9/16/2021 (js). (Entered: 09/15/2021) |
| 09/14/2021 | | Set/Reset Deadlines: Amended Pleadings due by 10/1/2021. (js) (Entered: 09/16/2021) |
| 09/14/2021 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Initial Pretrial Conference held on 9/14/2021. (ade) (Entered: 09/30/2021) |
| 11/12/2021 | 14 | STATUS REPORT. *Joint Status Report on Discovery* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 11/12/2021) |
| 01/11/2022 | 15 | STATUS REPORT. *Joint Status Report on Discovery* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 01/11/2022) |
| 01/18/2022 | 16 | PROPOSED PROTECTIVE ORDER. Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 01/18/2022) |
| 01/19/2022 | 17 | STIPULATION AND ORDER OF CONFIDENTIALITY...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge |

| | | Naomi Reice Buchwald on 1/19/2022) (mml) (Entered: 01/19/2022) |
|---|---|---|
| 03/11/2022 | 18 | STATUS REPORT. *Joint Status Report on Discovery* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 03/11/2022) |
| 04/11/2022 | 19 | JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Naomi Reice Buchwald from Cheryl N. Alterman, Esq. dated April 11, 2022. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 04/11/2022) |
| 04/12/2022 | 20 | ORDER granting 19 Letter Motion for Extension of Time to Complete Discovery. Application granted. SO ORDERED. Expert Deposition due by 12/9/2022. Discovery due by 1/20/2023. (Signed by Judge Naomi Reice Buchwald on 4/12/2022) (mml) (Entered: 04/12/2022) |
| 05/10/2022 | 21 | STATUS REPORT. *Joint Status Report on Discovery* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 05/10/2022) |
| 07/08/2022 | 22 | STATUS REPORT. *Joint Status Report on Discovery* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 07/08/2022) |
| 07/11/2022 | 23 | MEMO ENDORSEMENT on re: 22 Status Report filed by Alexey V. Tarasov, Grigory Tikhoplav. ENDORSEMENT: So Ordered., ( Deposition due by 10/7/2022.) (Signed by Judge Naomi Reice Buchwald on 7/11/22) (yv) (Entered: 07/12/2022) |
| 09/06/2022 | 24 | STATUS REPORT. *Joint Status Report on Discovery* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 09/06/2022) |
| 09/07/2022 | 25 | MEMO ENDORSEMENT on re: 24 Status Report filed by Alexey V. Tarasov, Grigory Tikhoplav. ENDORSEMENT: Application Granted. SO ORDERED. (Deposition due by 3/17/2023. Discovery due by 4/28/2023.) (Signed by Judge Naomi Reice Buchwald on 9/7/2022) (mml) (Entered: 09/07/2022) |
| 11/04/2022 | 26 | STATUS REPORT. *Joint Status Report on Discovery* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 11/04/2022) |
| 11/07/2022 | 27 | MEMO ENDORSEMENT on re: 26 Status Report filed by Alexey V. Tarasov, Grigory Tikhoplav. ENDORSEMENT: Application granted. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 11/7/2022) (mml) (Entered: 11/07/2022) |
| 01/03/2023 | 28 | STATUS REPORT. *Joint Status Report* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 01/03/2023) |
| 01/04/2023 | 29 | MEMO ENDORSEMENT on re: 28 Status Report filed by Alexey V. Tarasov, Grigory Tikhoplav. ENDORSEMENT: Application granted. SO ORDERED. (Expert Witness List due by 6/16/2023. Deposition due by 6/16/2023. Discovery due by 7/28/2023.) (Signed by Judge Naomi Reice Buchwald on 1/4/2023) (mml) (Entered: 01/04/2023) |
| 03/03/2023 | 30 | STATUS REPORT. *Joint Status Report* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 03/03/2023) |
| 03/06/2023 | 31 | MEMO ENDORSEMENT: on re: 30 Status Report filed by Alexey V. Tarasov, Grigory Tikhoplav. ENDORSEMENT: Application Granted. SO ORDERED., ( Deposition due by 5/5/2023., Discovery due by 9/29/2023.) (Signed by Judge Naomi Reice Buchwald on 3/06/2023) (ama) (Entered: 03/06/2023) |
| 04/28/2023 | 32 | STATUS REPORT. *Joint Status Report* Document filed by Alexey V. Tarasov..(Amrhein, Joseph) (Entered: 04/28/2023) |
| 05/08/2023 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Telephone Conference held on 5/8/2023. (ade) (Entered: 05/16/2023) |
| 05/19/2023 | 33 | JOINT LETTER MOTION for Extension of Time to Complete Discovery *Joint Letter Motion to Amend Scheduling Order* addressed to Judge Naomi Reice Buchwald from Michael Sullivan and Cheryl Alterman (Joint Letter) dated 05/19/2023. Document filed by Alexey V. Tarasov, Grigory Tikhoplav. (Attachments: # 1 Exhibit Proposed |

| | | |
|---|---|---|
| | | Order).(Sullivan, Michael) (Entered: 05/19/2023) |
| 05/22/2023 | 34 | ORDER GRANTING JOINT LETTER MOTION TO AMEND SCHEDULING ORDER: granting 33 Letter Motion for Extension of Time to Complete Discovery. Plaintiffs and Defendants' Joint Letter Motion to Amend the Scheduling Order adopted by this Honorable Court, Dkt. 31, is hereby GRANTED. Deposition due by 12/14/2023. Discovery due by 1/25/2024. (Signed by Judge Naomi Reice Buchwald on 5/22/2023) (ama) (Entered: 05/22/2023) |
| 07/03/2023 | 35 | STATUS REPORT. *Joint Status Report* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 07/03/2023) |
| 07/25/2023 | 36 | AFFIDAVIT OF SERVICE of Subpoena to Testify served on Kareem Aarndel c/o JetBlue Airway on 7/17/2023. Service was accepted by James Mclanahan, Legal Department. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/25/2023) |
| 07/25/2023 | 37 | AFFIDAVIT OF SERVICE of Subpoena to Testify served on Kurt A. Bengtson c/o JetBlue Airways on 7/17/2023. Service was accepted by James Mclanahan, Legal Department. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/25/2023) |
| 07/25/2023 | 38 | AFFIDAVIT OF SERVICE of Subpoena to Testify served on William L. Flory c/o JetBlue Airways on 7/17/2023. Service was accepted by James Mclanahan, Legal Department. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/25/2023) |
| 07/25/2023 | 39 | AFFIDAVIT OF SERVICE of Subpoena to Testify served on Kevin Ingleton c/o JetBlue Airways on 7/17/2023. Service was accepted by James Mclanahan, Legal Department. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/25/2023) |
| 07/25/2023 | 40 | AFFIDAVIT OF SERVICE of Subpoena to Testify served on Frank J. Leandro c/o JetBlue Airways on 7/17/2023. Service was accepted by James Mclanahan, Legal Department. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/25/2023) |
| 07/25/2023 | 41 | AFFIDAVIT OF SERVICE of Subpoena to Testify served on Calvin Swinney c/o JetBlue Airways on 7/17/2023. Service was accepted by James Mclanahan, Legal Department. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/25/2023) |
| 07/26/2023 | 42 | AFFIDAVIT OF SERVICE of Subpoena to Produce Documents served on Jonathan Meyer, General Counsel, Homeland Security on 7/25/2023. Service was made by Certified Mail. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/26/2023) |
| 07/26/2023 | 43 | AFFIDAVIT OF SERVICE of Subpoena to Testify served on Nathana Wright Reid on 7/10/2023. Service was accepted by Nathana Wright Reid. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/26/2023) |

| 07/26/2023 | 44 | AFFIDAVIT OF SERVICE of Subpoena to Testify served on Zoe Bignal on 7/19/2023. Service was accepted by Zoe Bignal. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 07/26/2023) |
|---|---|---|
| 08/02/2023 | 45 | AFFIDAVIT OF SERVICE of Subpoena to Testify served on Shantell Miller on 8/1/2023. Service was accepted by Shantell Miller. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 08/02/2023) |
| 09/01/2023 | 46 | STATUS REPORT. *(Joint Status Report)* Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 09/01/2023) |
| 09/06/2023 | 47 | MEMO ENDORSEMENT on re: 46 Status Report, filed by PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, PAPD Officer Michael Bugiada, PAPD Officer Jonathan Papia, Port Authority of New York and New Jersey, PAPD Officer Jonathan Duran. ENDORSEMENT: Application granted. SO ORDERED. (Deposition due by 3/22/2024. Discovery due by 4/19/2024.) (Signed by Judge Naomi Reice Buchwald on 9/6/2023) (mml) (Entered: 09/06/2023) |
| 10/31/2023 | 48 | STATUS REPORT. *Joint Status Report* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 10/31/2023) |
| 11/27/2023 | 49 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Naomi Reice Buchwald from Cheryl N. Alterman dated 11/27/2023. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 11/27/2023) |
| 11/29/2023 | 50 | ORDER granting 49 Letter Motion for Extension of Time to Complete DiscoveryApplication granted. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 11/29/2023) (jca) (Entered: 11/29/2023) |
| 11/29/2023 | | Set/Reset Deadlines: Deposition due by 5/10/2024. Discovery due by 6/14/2024. Fact Discovery due by 2/2/2024. (jca) (Entered: 11/29/2023) |
| 12/29/2023 | 51 | STATUS REPORT. *(Joint Status Report)* Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 12/29/2023) |
| 01/02/2024 | 52 | MEMO ENDORSEMENT on re: 51 Status Report, filed by PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, PAPD Officer Michael Bugiada, PAPD Officer Jonathan Papia, Port Authority of New York and New Jersey, PAPD Officer Jonathan Duran, ENDORSEMENET: Application granted. (Signed by Judge Naomi Reice Buchwald on 1/2/2024) ( Deposition due by 5/24/2024., Discovery due by 6/28/2024.) (ks) Modified on 1/24/2024 (ks). (Entered: 01/02/2024) |
| 02/28/2024 | 53 | STATUS REPORT. *Joint Status Report* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 02/28/2024) |
| 02/29/2024 | 54 | MEMO ENDORSEMENT on re: 53 Status Report filed by Alexey V. Tarasov, Grigory Tikhoplav. ENDORSEMENT: So Ordered. ( Deposition due by 6/28/2024. Discovery due by 7/26/2024.) (Signed by Judge Naomi Reice Buchwald on 2/29/2024) (va) (Entered: 02/29/2024) |
| 04/26/2024 | 55 | STATUS REPORT. *Joint Status Report* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 04/26/2024) |
| 05/30/2024 | 56 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Naomi Reice Buchwald from Cheryl N. Alterman dated 5/30/2024. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 05/30/2024) |

| | | |
|---|---|---|
| 05/31/2024 | 57 | ORDER with respect to 56 Letter Motion for Extension of Time to Complete Discovery. The Court will schedule a conference call on June 11 at 11:45am to discuss the extension requests. The dial–in information will be posted to ECF on the date of the teleconference. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 5/31/2024) (vfr) (Entered: 05/31/2024) |
| 05/31/2024 | | Set/Reset Hearings: Telephone Conference set for 6/11/2024 at 11:45 AM before Judge Naomi Reice Buchwald. (vfr) (Entered: 05/31/2024) |
| 06/11/2024 | | The dial–in for todays conference at 11:15 a.m. is 888–363–4749 and the access code is 271–2517. (Entered: 06/11/2024) |
| 06/11/2024 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Conference held on 6/11/2024. (Entered: 06/11/2024) |
| 06/17/2024 | 58 | ORDER granting 56 Letter Motion for Extension of Time to Complete Discovery. Application granted. SO ORDERED. Deposition due by 8/27/2024. Discovery due by 9/24/2024. (Signed by Judge Naomi Reice Buchwald on 6/17/2024) (tg) (Entered: 06/17/2024) |
| 06/26/2024 | 59 | STATUS REPORT. *Joint Status Report* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 06/26/2024) |
| 08/09/2024 | 60 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Naomi Reice Buchwald from Cheryl N. Alterman, Esq. dated August 9, 2024. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 08/09/2024) |
| 08/09/2024 | 61 | LETTER RESPONSE to Motion addressed to Judge Naomi Reice Buchwald from Plaintiffs dated 08/09/2024 re: 60 LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Naomi Reice Buchwald from Cheryl N. Alterman, Esq. dated August 9, 2024. . Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 08/09/2024) |
| 08/21/2024 | 62 | ORDER granting 60 Letter Motion for Extension of Time to Complete Discovery. The Court is in receipt of the parties' letters of August 9, 2024. ECF Nos. 60, 61. The request to extend the deadline for the completion of expert witness depositions and all discovery is granted. The parties are directed to, if they have not already, negotiate a date for the depositions of plaintiff's expert witnesses, which should precede the depositions of defendants' expert witnesses.. (Signed by Judge Naomi Reice Buchwald on 8/20/2024) Deposition due by 9/18/2024. Discovery due by 10/15/2024. (ks) (Entered: 08/21/2024) |
| 08/26/2024 | 63 | STATUS REPORT. *Joint Status Report* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 08/26/2024) |
| 10/25/2024 | 64 | STATUS REPORT. *Joint Status Report* Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 10/25/2024) |
| 11/14/2024 | 65 | LETTER MOTION for Conference *(Pre–Motion Conference)* addressed to Judge Naomi Reice Buchwald from Cheryl N. Alterman, Esq. dated November 14, 2024. Document filed by PAPD Officer Paul Mezzacappa, PAPD Officer Jonathan Duran, Port Authority of New York and New Jersey, PAPD Officer Michael Bugiada, PAPD Officer Robert Joseph, PAPD Officer Jonathan Papia..(Alterman, Cheryl) (Entered: 11/14/2024) |
| 11/14/2024 | 66 | LETTER MOTION for Conference *Pre–Motion Conference* addressed to Judge Naomi Reice Buchwald from Plaintiffs dated 11/14/2024. Document filed by Alexey V. Tarasov, Grigory Tikhoplav. Return Date set for 11/18/2024 at 11:59 PM..(Amrhein, Joseph) (Entered: 11/14/2024) |
| 11/19/2024 | 67 | LETTER RESPONSE in Opposition to Motion addressed to Judge Naomi Reice Buchwald from Plaintiffs dated 11/19/2024 re: 65 LETTER MOTION for Conference *(Pre–Motion Conference)* addressed to Judge Naomi Reice Buchwald from Cheryl N. Alterman, Esq. dated November 14, 2024. . Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 11/19/2024) |

| | | |
|---|---|---|
| 12/06/2024 | 68 | LETTER RESPONSE in Opposition to Motion addressed to Judge Naomi Reice Buchwald from Cheryl N. Alterman, Esq. dated December 6, 2024 re: 66 LETTER MOTION for Conference *Pre–Motion Conference* addressed to Judge Naomi Reice Buchwald from Plaintiffs dated 11/14/2024. . Document filed by PAPD Officer Paul Mezzacappa, PAPD Officer Jonathan Duran, Port Authority of New York and New Jersey, PAPD Officer Michael Bugiada, PAPD Officer Robert Joseph, PAPD Officer Jonathan Papia..(Alterman, Cheryl) (Entered: 12/06/2024) |
| 12/24/2024 | 69 | STATUS REPORT. *Joint Status Report* Document filed by PAPD Officer Paul Mezzacappa, PAPD Officer Jonathan Duran, Port Authority of New York and New Jersey, PAPD Officer Michael Bugiada, PAPD Officer Robert Joseph, PAPD Officer Jonathan Papia..(Alterman, Cheryl) (Entered: 12/24/2024) |
| 01/08/2025 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Telephone Conference held on 1/8/2025. (ade) Modified on 1/16/2025 (ade). (Entered: 01/16/2025) |
| 01/22/2025 | 70 | PROPOSED SCHEDULING ORDER. Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 01/22/2025) |
| 01/23/2025 | 71 | MEMO ENDORSEMENT on re: 70 Proposed Scheduling Order filed by Alexey V. Tarasov, Grigory Tikhoplav. ENDORSEMENT: So Ordered. (Motions due by 3/28/2025., Replies due by 5/27/2025., Responses due by 5/12/2025) (Signed by Judge Naomi Reice Buchwald on 1/23/2025) (sgz) (Entered: 01/23/2025) |
| 03/28/2025 | 72 | MOTION for Summary Judgment . Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 03/28/2025) |
| 03/28/2025 | 73 | LETTER addressed to Judge Naomi Reice Buchwald from Cheryl N. Alterman dated 3/28/2025 re: Three–Page Letter Outlining Substantive Arguments in Moving Papers as per The Honorable Naomi Reice Buchwald Individual Rules, Section 2(C)(1). Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 03/28/2025) |
| 03/28/2025 | 74 | RULE 56.1 STATEMENT. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 03/28/2025) |
| 03/28/2025 | 75 | DECLARATION of Cheryl N. Alterman in Support re: 72 MOTION for Summary Judgment .. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey. (Attachments: # 1 Exhibit A – McKinney's Consolidated Laws of New York Section 7107, # 2 Exhibit B – Executive Orders, # 3 Exhibit C – Plaintiffs' Notice of Claim, # 4 Exhibit D – Plaintiffs' Complaint, # 5 Exhibit E – Plaintiffs' First Amended Complaint, # 6 Exhibit F – Defendants' Answer to the First Amended Complaint, # 7 Exhibit G – Port Authority's Motion to Dismiss Plaintiffs' State Law Claims, # 8 Exhibit H – Plaintiffs' Motion to for Leave of Court to Satisfy Jurisdictional Conditions Precedent, # 9 Exhibit I – Decision and Order on Motions of the Hon. Barbara Jaffe, J.S.C., # 10 Exhibit J – Deposition Transcript of Port Authority Officer Michael Bugiada, # 11 Exhibit K – Deposition Transcript of Port Authority Officer Jonathan Papia, # 12 Exhibit L – Deposition Transcript of Port Authority Officer Robert Joseph, # 13 Exhibit M – Deposition Transcript of Port Authority Officer Paul Mezzacappa, # 14 Exhibit N – Deposition Transcript of Port Authority Officer Jonathan Duran, # 15 Exhibit O – Deposition Transcript of JetBlue Flight Attendant Calvin Swinney, # 16 Exhibit P – Deposition Transcript of JetBlue Flight Attendant Kevin Ingleton, # 17 Exhibit Q – Deposition Transcript of JetBlue Flight Attendant Frank Leandro, # 18 Exhibit R – Deposition Transcript of Captain Kurt Bengtson, # 19 Exhibit S – Deposition Transcript of Nathana Wright–Reid, # 20 Exhibit T – Deposition Transcript of Shantell Miller, # 21 Exhibit U – Deposition Transcript of Plaintiff Grigory Tikhoplav dated September 1, 2022, # 22 Exhibit V – Deposition Transcript of Plaintiff dated July 25, 2023, # 23 Exhibit W – Deposition Transcript of Lt. Jamie |

| | | |
|---|---|---|
| | | Sandoz, # 24 Exhibit X – Deposition Transcript of Lt. Mark Bergery, # 25 Exhibit Y – Deposition Transcript of Lt. Lawanda Irving, # 26 Exhibit Z – Deposition Transcript of Defendants' Police Practices Expert John Monaghan).(Alterman, Cheryl) (Entered: 03/28/2025) |
| 03/28/2025 | 76 | DECLARATION of Cheryl N. Alterman in Support re: 72 MOTION for Summary Judgment .. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey. (Attachments: # 1 Exhibit AA – Expert Disclosure of John Monaghan, # 2 Exhibit BB – Deposition Transcript of Gregory Mazarin, # 3 Exhibit CC – Expert Disclosure of Gregory I. Mazarin, # 4 Exhibit DD–Part 1 – Deposition Transcript of Kris Sperry, # 5 Exhibit DD–Part 2 – Deposition Transcript of Kris Sperry, # 6 Exhibit EE – General Order 100–05, # 7 Exhibit FF – General Order 100–04, # 8 Exhibit GG – New York Office of the Attorney General Report, # 9 Exhibit HH – Office of Chief Medical Examiners Notice of Death and Investigation Report, # 10 Exhibit II–Part 1 – NYC Autopsy Report, # 11 Exhibit II–Part 2 – NYC Autopsy Report, # 12 Exhibit II–Part 3 – NYC Autopsy Report, # 13 Exhibit JJ – Analysis of JFK Telephones and Radio Transmissions, # 14 Exhibit KK – Interview Transcript of EMT Chalako Hodges, # 15 Exhibit LL – Interview Transcript of EMT Jerry Zander, # 16 Exhibit MM – Affidavit Michael Bugiada, # 17 Exhibit NN – Affidavit of Paul Mezzacappa, # 18 Exhibit OO – Confidential – Subject to Confidentiality Order, # 19 Exhibit PP – Kiss v. Torres, # 20 Exhibit QQ – Blyden v NYPD, # 21 Exhibit RR – Payne v. County of Nassau, # 22 Exhibit SS – Jourdain v Port Authority).(Alterman, Cheryl) (Entered: 03/28/2025) |
| 03/28/2025 | 77 | MEMORANDUM OF LAW in Support re: 72 MOTION for Summary Judgment . . Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 03/28/2025) |
| 05/12/2025 | 78 | MEMORANDUM OF LAW in Opposition re: 72 MOTION for Summary Judgment . . Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 05/12/2025) |
| 05/12/2025 | 79 | LETTER addressed to Judge Naomi Reice Buchwald from J. Christopher Amrhein, Jr. dated May 12, 2025 re: Three–Page Letter Outlining Substantive Arguments in Moving Papers as per The Honorable Naomi Reice Buchwald Individual Rules, Section 2(C)(1). Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 05/12/2025) |
| 05/12/2025 | 80 | DECLARATION of J. Christopher Amrhein, Jr. in Opposition re: 72 MOTION for Summary Judgment .. Document filed by Alexey V. Tarasov, Grigory Tikhoplav. (Attachments: # 1 Exhibit A – Medical Records, # 2 Exhibit B – Bengtson FCIR, # 3 Exhibit C – Russian Autopsy, # 4 Exhibit D – Autopsy Photos (sealed), # 5 Exhibit E – Dr. Sperry Rule 26 Report, # 6 Exhibit F – NSC Slides on Altered Mental Status, # 7 Exhibit G – NSC Slides on Seizures, # 8 Exhibit H – DeFoe Rule 26 Report, # 9 Exhibit I – DeFoe Deposition Transcript, # 10 Exhibit J – Press Release, # 11 Exhibit K – Press Release, # 12 Exhibit L – 2019 Biennial Report of the OAG, # 13 Exhibit M – PAPD Use of Force Policies, # 14 Exhibit N – Affidavits of Service of Individual Defendants, # 15 Exhibit O – Officer Joseph Service Attempts, # 16 Exhibit P – Affidavit of Tarasov).(Amrhein, Joseph) (Entered: 05/12/2025) |
| 05/12/2025 | 81 | RULE 56.1 STATEMENT. Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 05/12/2025) |
| 05/27/2025 | 82 | REPLY MEMORANDUM OF LAW in Support re: 72 MOTION for Summary Judgment . . Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 05/27/2025) |
| 05/27/2025 | 83 | DECLARATION of Cheryl N. Alterman in Support re: 72 MOTION for Summary Judgment .. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey. (Attachments: # 1 Exhibit A Port Authority Police Academy Training Documents, # 2 Exhibit B |

| | | |
|---|---|---|
| | | Unpublished Opinion Avant v. Cty of Erie).(Alterman, Cheryl) (Entered: 05/27/2025) |
| 05/27/2025 | 84 | RESPONSE re: 81 Rule 56.1 Statement *(Filed by Plaintiff) as " PLAINTIFFS' REPONSES TO DEFENDANTS' RULE 56.1 STATEMENT AND PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS"*. Document filed by PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey..(Alterman, Cheryl) (Entered: 05/27/2025) |
| 06/05/2025 | 85 | LETTER MOTION for Leave to File Sur–reply addressed to Judge Naomi Reice Buchwald from Plaintiffs dated 06/05/2025. Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 06/05/2025) |
| 09/05/2025 | 86 | ORDER granting 85 Letter Motion for Leave to File Document. Plaintiffs' application for leave to file a sur–reply is granted. (Signed by Judge Naomi Reice Buchwald on 9/5/2025) (sgz) (Entered: 09/05/2025) |
| 09/12/2025 | 87 | REPLY to Response to Motion re: 72 MOTION for Summary Judgment . *Plaintiffs' Sur–Reply to Defendants' Reply*. Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 09/12/2025) |
| 10/24/2025 | 88 | NOTICE of Withdrawal. Document filed by Alexey V. Tarasov, Grigory Tikhoplav..(Amrhein, Joseph) (Entered: 10/24/2025) |
| 10/28/2025 | 89 | MEMO ENDORSEMENT on re: 88 Notice (Other) filed by Alexey V. Tarasov, Grigory Tikhoplav. ENDORSEMENT: SO ORDERED. Attorney Joseph Christopher Amrhein, Jr terminated. (Signed by Judge Naomi Reice Buchwald on 10/28/2025) (sgz) (Entered: 10/29/2025) |
| 02/03/2026 | 90 | MEMORANDUM AND ORDER re: 72 MOTION for Summary Judgment . filed by PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, PAPD Officer Michael Bugiada, PAPD Officer Jonathan Papia, Port Authority of New York and New Jersey, PAPD Officer Jonathan Duran. For the reasons stated above, defendants' motion for summary judgment is granted. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 72 and close this case. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 2/3/2026) (jjc) Transmission to Orders and Judgments Clerk for processing. (Entered: 02/03/2026) |
| 02/06/2026 | 91 | CLERK'S JUDGMENT re: 90 Memorandum & Order. in favor of PAPD Officer Jonathan Duran, PAPD Officer Jonathan Papia, PAPD Officer Michael Bugiada, PAPD Officer Paul Mezzacappa, PAPD Officer Robert Joseph, Port Authority of New York and New Jersey, Port Authority of New York and New Jersey Police Department against Alexey V. Tarasov, Grigory Tikhoplav. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum and Order dated February 03, 2026, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 2/6/2026) (Attachments: # 1 Notice of Right to Appeal) (nd) (Entered: 02/06/2026) |
| 03/06/2026 | 92 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – NOTICE OF APPEAL. Document filed by Alexey V. Tarasov, Grigory Tikhoplav. Filing fee $ 605.00, receipt number ANYSDC–32509376. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Sullivan, Michael) Modified on 3/9/2026 (nd). (Entered: 03/06/2026) |
| 03/09/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Michael J. Sullivan to RE–FILE Document No. 92 Notice of Appeal,.. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (nd)** (Entered: 03/09/2026) |
| 03/09/2026 | 93 | NOTICE OF APPEAL from 91 Clerk's Judgment,, 90 Memorandum & Opinion,,. Document filed by Alexey V. Tarasov, Grigory Tikhoplav. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Sullivan, Michael) (Entered: 03/09/2026) |

| 03/09/2026 | | Appeal Fee Paid electronically via Pay.gov: for 93 Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number ANYSDC–32509376, paid on 3/6/2026. (tp) (Entered: 03/09/2026) |
|---|---|---|
| 03/09/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 93 Notice of Appeal. (tp) (Entered: 03/09/2026) |
| 03/09/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 93 Notice of Appeal filed by Alexey V. Tarasov, Grigory Tikhoplav were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/09/2026) |