**ASHCROFT**

**VIA ACMS**

United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

> **RE:** *Tarasov v. Port Authority of New York*,
>        **Docket No. 26-547**

Dear Clerk of the Court,

The undersigned represents Appellant-Petitioners Alexey V. Tarasov and Grigory Tikhoplav ("Appellants") in the above-referenced appeal. Appellants respectfully submit this letter in accordance with Local Rule 31.2(a)(1)(A) to advise the Court of the date by which the Appellants' Appendix and Brief will be filed. Please be advised that, on behalf of Appellants, the undersigned counsel will be filing the Appendix and Brief in the above-referenced appeal by Friday, June 19, 2026.

Dated: Boston, Massachusetts
        May 5, 2026

Respectfully submitted,

/s/*Michael J. Sullivan*
Michael J. Sullivan
ASHCROFT LAW FIRM, LLC
15 Broad Street, Suite 500
Boston, MA 02109
(617) 573-9400
msullivan@ashcroftlawfirm.com

Richard C. Labarthe
Labarthe Law
12632 Val Verde Drive,
Oklahoma City, OK 73142
(405) 760-3323
richard@labarthelaw.com